**Order entered June 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00635-CV

### IN THE INTEREST OF R.H., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-04823-V**

## ORDER

Before the Court is appellant's June 24, 2019 first motion for additional time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 1, 2019.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE